IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01106-CMA-MEH

THOMAS STICH,
ICON HOME HEALTH, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP,

    Defendant.

---

**ORDER REGARDING MOTION FOR STIPULATED ORDER RE
MOTION FOR PRELIMINARY INJUNCTION**

---

    Plaintiffs' Unopposed Motion for Stipulated Order re Motion for Preliminary Injunction (Doc. # 9) is GRANTED. The Court, having reviewed the motion and being otherwise sufficiently advised in the premises, hereby

    ORDERS that:

    1.    BAC shall report to the credit reporting agencies only that Mr. Stich's loan is involved in a credit dispute;

    2.    The motion hearing set for June 25, 2010 is VACATED; and

    3.    The Parties are relieved from the briefing schedule provided in the Court's Order dated June 2, 2010 (Doc. # 7).

    DATED: June __16__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge