IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01106-CMA-MEH

THOMAS STICH, and
ICON HOME HEALTH, LLC,

      Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 28, 2011.**

      Plaintiff's Forthwith Unopposed Motion for Court Issued Subpoena Duces Tectum [sic] [filed June 27, 2011; docket #49] is **denied**. The Plaintiff requests that this Court execute a subpoena duces tecum emanating from (and captioned with) the United States District Court for the Central District of California. *See* Proposed Subpoena, docket #49-5. This Court finds it has no jurisdiction to grant Plaintiff's request, and the Plaintiff has provided no legal authority supporting a contrary position. *See* Fed. R. Civ. P. 45(a)(2) (requiring that a subpoena issue from the district where the deposition and/or production of documents is to take place).